COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Hoa Hao Buddhist Congregational Church Texas Chapter and Dung Anh Nguyen, Relators

Appellate case number:    01-14-00059-CV

Trial court case number:    1035611

Trial court:    County Civil Court at Law No. 4 of Harris County

On January 21, 2014, relators, Hoa Hao Buddhist Congregational Church Texas Chapter and Dung Anh Nguyen, filed a petition for writ of mandamus and a motion for emergency temporary relief. Relators' motion for emergency temporary relief is **granted**. The trial court's January 15, 2014 order requiring relators to "comply fully with the Petitioner's discovery demands, as initially served on November 14, 2013" is stayed. *See* TEX. R. APP. P. 52.10(b). The stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from the real party in interest, Sarah Huynh. The response, if any, is due no later than **Friday, February 21, 2014.**

It is so ORDERED.

Judge's signature: /s/ Jim Sharp

☒ Acting individually    ☐ Acting for the Court

Date: January 22, 2014